**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6734

ALVIN MARSHALL,

Plaintiff - Appellant,

v.

THOMAS MEYER, VA-DOC Regional Administrator; KAREN STAPLETON, VA-DOC Inmate Discipline Manager; M.E. CORDLE, Hearing Officer,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jasmine Hyejung Yoon, District Judge.  (7:25-cv-00201-JHY-JCH)

Submitted:  December 18, 2025                    Decided:  December 23, 2025

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alvin Marshall, Appellant Pro Se.  Joanna Brake Ragon, Acting Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Marshall appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Marshall v. Meyer*, No. 7:25-cv-00201-JHY-JCH (W.D. Va. July 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*